AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT |
| EFFECTED (1) BY ME: | MARK SACRIPANTI |
| TITLE: | PROCESS SERVER |
| DATE: | 07/07/2008 07:25PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

RONALDY PICHARDO

Place where served:

907 20TH STREET   UNION CITY NJ 07087

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

RONALDY PICHARDO

Relationship to defendant: SELF

Description of person accepting service:

SEX: M   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BROWN   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____   SERVICES $ _____ . _____   TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 07 / 07 / 2008 _____ L.S.
SIGNATURE OF MARK SACRIPANTI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

07-07-08

J.S. Velez

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | WANDA SANCHEZ |
| PLAINTIFF: | JIA YAN PAN, ET AL |
| DEFENDANT: | RONALDY PICHARDO, ET ALS |
| VENUE: | DISTRICT |
| DOCKET: | 08 CIV 5636 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.