5121-0011
SS2/WS



| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT**<br>EFFECTED (1) BY ME: **OUT OF STATE**<br>TITLE: **PROCESS SERVER** | DATE: 7/11/08 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MARIVEDNI TORRES A/K/A DAVID TORRES

Place where served:

18 Stillman Street, Danbury, CT 06811

[XX] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Maria Torres, Wife

Relationship to defendant: Wife

Description of person accepting service:

SEX: F  AGE: 35  HEIGHT: 5'2  WEIGHT: 135  SKIN: W  HAIR: Blk  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/11/20 08

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083
Stuart Perlmutter

ATTORNEY:    WANDA SANCHEZ
PLAINTIFF:   JIA YAN PAN, ET AL
DEFENDANT:   RONALDY PICHARDO, ET ALS
VENUE:       DISTRICT
DOCKET:      08 CIV 5636

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 08 CIV 5636

## AFFIDAVIT OF NON-SERVICE

Jia Yan Pan, as Administratrix
of the Estate of Zi Wen Pan
a/k/a Wen Zi Pan, deceased

vs.

Ronaldy Pichardo, et al.
_____/

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN      ss.

**Stuart Perlmutter**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

After a careful inquiry and due diligence, I have been unable to effect service upon **Marivendi Torres a/k/a David Torres** at **20 Cozy Hollow Road, Danbury, CT 06811**

<u>DATE &TIME</u>                                       <u>REMARKS:</u>
07/05/2008-12:00 PM                    Marivendi Torres is no longer at this address.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

X_____
Stuart Perlmutter
Date: 7/11/08

Sworn to and subscribed before me this
__11__ day of _July_____, 20_08_
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: _12/31/08_

Client File#: 20050630150849 - Our File# 35921



# Guaranteed Subpoena Service, Inc.

"If we don't serve it, you don't pay"®

Dear Sir or Madam,

Enclosed please find the proof of service on the process we have served for you. According to the court applicable to your service, the affidavit can only be filed electronically in this particular case.

We have removed the charge to file the affidavit and your adjusted invoice is also enclosed.

If you have any questions, please contact the court where your matter is being heard.

Thank you for your attention in this matter.

Guaranteed Subpoena

2009-2013 Morris Avenue, Union, NJ 07083 • (908) 687-0056 • Fax: (908) 688-0885 • www.served.com
"The largest servers of process in the world"